UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Nelson Welshman</u>

    v.                                  Civil No. 08-cv-00302-JL

<u>Eric M. Brown, et al.</u>

**<u>O R D E R</u>**

The Preliminary Pretrial Conference was held in chambers on **October 17, 2008.**

The Discovery Plan (document no. 4) is approved as submitted.

Based on the discussions between the court and counsel/parties at the conference, the following is **stricken** without prejudice to being reinstated on request if warranted by the evidence:  #12 (statute of limitations/laches).

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  October 21, 2008

cc:  Michael S. Bowser, Jr., Esq.
     Corey M. Belobrow, Esq.